IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Martinez, Cesar O

Printed: 10/22/08

Case Number: 08 B 00519
Judge: Wedoff, Eugene R
Filed: 1/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: May 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,330.00 |  |
| Secured: |  | 1,910.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 279.71 |
| Trustee Fee: |  | 140.29 |
| Other Funds: |  | 0.00 |
| Totals: | 2,330.00 | 2,330.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,424.00 | 279.71 |
| 2. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 25,222.48 | 1,880.00 |
| 5. | City Of Oak Forest | Secured | 66.58 | 30.00 |
| 6. | Nationpoint | Secured | 8,946.00 | 0.00 |
| 7. | Deutsche Bank National Trustee | Secured | 41,910.44 | 0.00 |
| 8. | Internal Revenue Service | Priority | 10,447.36 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | 3,529.64 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 132.03 | 0.00 |
| 11. | Santa Barbara Bank & Trust | Unsecured | 190.00 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 350.98 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 29.56 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 591.87 | 0.00 |
| 15. | Capital One Auto Finance | Unsecured | 138.64 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 45.20 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 44.57 | 0.00 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 24.00 | 0.00 |
| 19. | AmeriCash Loans, LLC | Unsecured | 329.97 | 0.00 |
| 20. | Cook County Treasurer | Secured |  | No Claim Filed |
| 21. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 22. | Berwyn Magnetic Resource | Unsecured |  | No Claim Filed |
| 23. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 24. | Credit One | Unsecured |  | No Claim Filed |
| 25. | Great Lakes Specialty Finance | Unsecured |  | No Claim Filed |
| 26. | Garcia Life Partners | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Martinez, Cesar O | Case Number: 08 B 00519 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 10/22/08 | Filed: 1/10/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Legacy Visa | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 30. | NuWay Disposal Service | Unsecured | | No Claim Filed |
| 31. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 32. | Sears Family Dental | Unsecured | | No Claim Filed |
| 33. | T Mobile USA | Unsecured | | No Claim Filed |
| 34. | Worth Palos Dentistry | Unsecured | | No Claim Filed |
| | | | $ 95,423.32 | $ 2,189.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 54.80 |
| 6.5% | 85.49 |
| | $ 140.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

